AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Paulette Knight | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Xanodyne Pharmaceuticals, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 1:11cv367 LG -JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Xanodyne Pharmaceuticals, Inc.
Through its registered agent for service of process
Corporation Service Company d/b/a CSC-Lawyers Incorporating
Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walter C. Morrison, IV
Sessums, Dallas & Morrison
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: __10-3-11__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Paulette Knight | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 1:11cv 307 LG-JMR |
| Xanodyne Pharmaceuticals, Inc., et al. | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Brenn Distribution, Inc.
Through its registered agent for service of process
William S. Propst, Sr.
301 Meridian Street, Suite 101
Huntsville, AL 35801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walter C. Morrison, IV
Sessums, Dallas & Morrison
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## J. T. NOBLIN

_CLERK OF COURT_

Date: 10-3-11

_____
_Signature of Clerk or Deputy Clerk_