# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION**

MDL No. 2226

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–5)

On August 16, 2011, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2011). Since that time, 72 additional action(s) have been transferred to the Eastern District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Danny C Reeves.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Kentucky and assigned to Judge Reeves.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Kentucky for the reasons stated in the order of August 16, 2011, and, with the consent of that court, assigned to the Honorable Danny C Reeves.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Kentucky. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 17, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED AND CERTIFIED
LESLIE G. WHITMER, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Date: 10/17/2011
By: C_Dearborn
Deputy Clerk

**IN RE: DARVOCET, DARVON AND
PROPOXYPHENE PRODUCTS LIABILITY
LITIGATION**

MDL No. 2226

## SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **MARYLAND** | | | |
| MD | 1 | 11-02829 | Jefferson v. Eli Lilly &Company, Inc. et al |
| MD | 1 | 11-02830 | Satterwhite v. Eli Lilly &Company, Inc. et al |
| MD | 1 | 11-02832 | Matney v. Eli Lilly &Company, Inc. et al |
| MD | 1 | 11-02833 | Williams v. Eli Lilly &Company, Inc. et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 11-00367 | Knight v. Xanodyne Pharmaceuticals, Inc. et al |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 11-03542 | Cook et al v. Xanodyne Pharmaceuticals,Inc. |