

## Fw: Transferred case has been opened

**Larry Weathersby**  t o : Rena White                    10/17/2011 03:38 PM

F.Y.I.

Larry Weathersby
United States District Court
Southern District of Mississippi
601-608-4045
larry_weathersby@mssd.uscourts.gov
----- Forwarded by Larry Weathersby/MSSD/05/USCOURTS on 10/17/2011 03:38 PM -----

| | |
|---|---|
| From: | cm_ecf@kyed.uscourts.gov |
| To: | InterdistrictTransfer_MSSD@mssd.uscourts.gov |
| Date: | 10/17/2011 03:35 PM |
| Subject: | Transferred case has been opened |

```
CASE: 1:11-cv-00367

DETAILS: Case transferred from Mississippi Southern
has been opened in Eastern District of Kentucky
as case 2:11-cv-00307, filed 10/17/2011.
```